09 C 078

CLOSED, CV, PHV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:08-cv-05111-MJD-JJK

U.S. Bank National Association v. Alliant Energy Resources, Inc et al
Assigned to: Chief Judge Michael J. Davis
Referred to: Magistrate Judge Jeffrey J. Keyes
Cause: 28:1332 Diversity-Other Contract

Date Filed: 09/04/2008
Date Terminated: 01/20/2009
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**U.S. Bank National Association**
*in its capacity as Indenture Trustee and not in its Individual Capacity*

represented by **Andrew N Rosenberg**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3158
Email: arosenberg@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Berman**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3263
Email: dberman@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily M Rome**
Maslon Edelman Borman & Brand, LLP
90 S 7th St Ste 3300
Mpls, MN 55402
612-672-8200
Fax: 612-672-8397
Email: emily.rome@maslon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard E Harper**



Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3263
Email: gharper@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Haley N Schaffer**
Maslon Edelman Borman & Brand, LLP
90 S 7th St Ste 3300
Mpls, MN 55402
(612) 672-8391
Fax: (612) 642-8391
Email: haley.schaffer@maslon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha G Amdursky**
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3251
Email: samdursky@paulweiss.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Z Pentelovitch**
Maslon Edelman Borman & Brand
90 S 7th St Ste 3300
Mpls, MN 55402-4140
612-672-8200
Fax: 612-642-8338
Email: bill.pentelovitch@maslon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Alliant Energy Resources, Inc**            represented by   **Brian P Keenan**
*a Wisconsin corporation*                                    Foley & Lardner LLP
                                                             777 E Wisconsin Ave
                                                             Milwaukee, WI 53202
                                                             414-319-7338
                                                             Email: bkeenan@foley.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**G Michael Halfenger**
Foley & Lardner LLP
777 E Wisconsin Ave Ste 3800
Milwaukee , WI 53202
414-297-5547
Email: mhalfenger@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D Sear**
Bowman & Brooke LLP
150 S 5th St Ste 3000
Mpls , MN 55402
612-339-8682
Fax: 612-672-3200
Email: john.sear@bowmanandbrooke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan L Nilsen**
Bowman & Brooke LLP
150 S 5th St Ste 3000
Mpls , MN 55402
612-339-8682
Fax: 612-672-3200
Email: ryan.nilsen@msp.bowmanandbrooke.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Shriner , Jr**
Foley & Lardner LLP
777 E Wisconsin Ave Ste 3800
Milwaukee , WI 53202
414-297-5601
Email: tshriner@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alliant Energy Corp**                represented by  **Brian P Keenan**
*a Wisconsin corporation*                              (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**G Michael Halfenger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John D Sear**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan L Nilsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas L Shriner , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/04/2008 | 1 | COMPLAINT against Alliant Energy Resources, Inc, Alliant Energy Corp ( Filing fee $ 350 receipt number 4026608.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Franklin L. Noel, filed by U.S. Bank National Association. (Attachments: # 1 Civil Cover Sheet) (RLR) (Entered: 09/05/2008) |
| 09/04/2008 | | Summons Issued as to Alliant Energy Resources, Inc, Alliant Energy Corp. (RLR) (Entered: 09/05/2008) |
| 09/04/2008 | 2 | RULE 7.1 DISCLOSURE STATEMENT by U.S. Bank National Association that there is no such parent or publicly held corporation to report. (RLR) (Entered: 09/05/2008) |
| 09/08/2008 | 3 | ORDER OF RECUSAL. Magistrate Judge Franklin L. Noel recused. Case reassigned to Magistrate Judge Jeffrey J. Keyes for all further proceedings. **NOTE:** the new case number is **08cv5111 MJD/JJK**. Please use this case number for all subsequent pleadings. Signed by Magistrate Judge Franklin L. Noel on 9/8/08. (JME) (Entered: 09/09/2008) |
| 09/16/2008 | 4 | Return of Service Executed for Summons, Complaint, Corporate Disclosure Statement *(ANSWER DUE PER STATUTE ON 10/06/2008)* served on Defendant via MN Secretary of State on 09/06/2008, filed by U.S. Bank National Association. (Rome, Emily) (Entered: 09/16/2008) |

| Date | # | Description |
|---|---|---|
| 09/16/2008 | 5 | Return of Service Executed for Summons, Complaint, Corporate Disclosure Statement *(ANSWER DUE PER STATUTE ON 10/06/2008)* served on Defendant via MN Secretary of State on 09/06/2008, filed by U.S. Bank National Association. (Rome, Emily) (Entered: 09/16/2008) |
| 09/17/2008 | 6 | MOTION for Admission Pro Hac Vice for GERARD E. HARPER by U.S. Bank National Association. (Rome, Emily) (Entered: 09/17/2008) |
| 09/17/2008 | 7 | MOTION for Admission Pro Hac Vice for ANDREW N. ROSENBERG by U.S. Bank National Association. (Rome, Emily) (Entered: 09/17/2008) |
| 09/17/2008 | 8 | MOTION for Admission Pro Hac Vice for SAMANTHA G. AMDURSKY by U.S. Bank National Association. (Rome, Emily) (Entered: 09/17/2008) |
| 09/18/2008 |  | TEXT ONLY ENTRY - ORDER granting 6, 7, 8 Motions for Admission Pro Hac Vice of Attorneys Gerard E Harper, Andrew N Rosenberg and Samantha G Amdursky for U.S. Bank National Association. Fees paid; receipt number 3-004703. Approved by Clerk Richard D Sletten on 9/18/08. (MMC) (Entered: 09/19/2008) |
| 09/30/2008 | 9 | MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* by Alliant Energy Resources, Inc, Alliant Energy Corp. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 10 | NOTICE OF HEARING ON MOTION 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* : Motion Hearing set for 11/21/2008 09:00 AM in Minneapolis - Courtroom 15E before Chief Judge Michael J. Davis. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 11 | MEMORANDUM in Support re 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by Alliant Energy Resources, Inc, Alliant Energy Corp. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 12 | Declaration of F.J. Buri in Support of 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by Alliant Energy Resources, Inc, Alliant Energy Corp. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 13 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by Alliant Energy Resources, Inc, Alliant Energy Corp re 11 Memorandum in Support of Motion filed by Alliant Energy Resources, Inc, Alliant Energy Corp. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 14 | RULE 7.1 DISCLOSURE STATEMENT by Alliant Energy Resources, Inc, Alliant Energy Corp of Alliant Energy Corporation as corporate parent and/or publicly held company. (Nilsen, Ryan) (Entered: 09/30/2008) |
| 09/30/2008 | 15 | CERTIFICATE OF SERVICE by Alliant Energy Resources, Inc, Alliant Energy Corp re 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue*, 13 LR7.1 Word Count Compliance Certificate, 10 Notice of Hearing on Motion, 11 Memorandum in Support of Motion, 12 Declaration in Support, 14 Rule |

| | | |
|---|---|---|
| | | 7.1 - Disclosure Statement *and Proposed Order* (Nilsen, Ryan) (Entered: 09/30/2008) |
| 10/16/2008 | 16 | MOTION for Admission Pro Hac Vice for G. Michael Halfenger by Alliant Energy Resources, Inc, Alliant Energy Corp. (Attachments: # 1 Certificate of Service)(Nilsen, Ryan) (Entered: 10/16/2008) |
| 10/16/2008 | 17 | MOTION for Admission Pro Hac Vice for Brian P. Keenan by Alliant Energy Resources, Inc, Alliant Energy Corp. (Attachments: # 1 Certificate of Service)(Nilsen, Ryan) (Entered: 10/16/2008) |
| 10/16/2008 | 18 | MOTION for Admission Pro Hac Vice for Thomas L. Shriner, Jr. by Alliant Energy Resources, Inc, Alliant Energy Corp. (Attachments: # 1 Certificate of Service)(Nilsen, Ryan) (Entered: 10/16/2008) |
| 10/17/2008 | 19 | STIPULATION *for Extension of Time* by U.S. Bank National Association, Alliant Energy Resources, Inc, Alliant Energy Corp. (Attachments: # 1 Certificate of Service)(Schaffer, Haley) (Entered: 10/17/2008) |
| 10/17/2008 | | TEXT ONLY ENTRY - ORDER granting 16 , 17 , 18 Motions for Admission Pro Hac Vice of Attorneys G Michael Halfenger, Brian P Keenan and Thomas L Shriner, Jr for Alliant Energy Resources, Inc and Alliant Energy Corp. Fees paid; receipt number 4-027680.Approved by Clerk Richard D Sletten on 10/17/08. (MMC) (Entered: 10/20/2008) |
| 10/21/2008 | 20 | ORDER AMENDING THE BRIEFING SCHEDULE re 19 Stipulation filed by Alliant Energy Resources, Inc, Alliant Energy Corp, and U.S. Bank National Association. Signed by Chief Judge Michael J. Davis on 10/20/08. (kmw) (Entered: 10/21/2008) |
| 10/24/2008 | 21 | MEMORANDUM in Opposition re 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by U.S. Bank National Association. (Attachments: # 1 LR7.1 Word Count Compliance Certificate)(Rome, Emily) (Entered: 10/24/2008) |
| 10/24/2008 | 22 | AFFIDAVIT of HALEY N. SCHAFFER in OPPOSITION TO 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by U.S. Bank National Association. (Attachments: # 1 Exhibit(s) Index, # 2 Exhibit(s) 1, # 3 Exhibit(s) 2, # 4 Exhibit(s) 3, # 5 Exhibit(s) 4 (1 of 4), # 6 Exhibit(s) 4 (2 of 4), # 7 Exhibit(s) 4 (3 of 4), # 8 Exhibit(s) 4 (4 of 4), # 9 Exhibit(s) 5, # 10 Exhibit(s) 6, # 11 Exhibit(s) 7 (1 of 2), # 12 Exhibit(s) 7 (2 of 2), # 13 Exhibit(s) 8, # 14 Exhibit(s) 9, # 15 Exhibit(s) 10, # 16 Exhibit(s) 11(1 of 2), # 17 Exhibit(s) 11 (2 of 2), # 18 Exhibit(s) 12, # 19 Exhibit(s) 13, # 20 Exhibit(s) 14, # 21 Exhibit(s) 15, # 22 Exhibit(s) 16, # 23 Exhibit(s) 17 (1 of 5), # 24 Exhibit(s) 17(a) (2 of 5), # 25 Exhibit(s) 17(b) (3 of 5), # 26 Exhibit(s) 17(c) (4 of 5), # 27 Exhibit(s) 17(d) (5 of 5), # 28 Exhibit(s) 18 (1 of 6), # 29 Exhibit(s) 18 (2 of 6), # 30 Exhibit(s) 18 (3 of 6), # 31 Exhibit(s) 18 (4 of 6), # 32 Exhibit(s) 18 (5 of 6), # 33 Exhibit(s) 18 (6 of 6), # 34 Exhibit(s) 19, # 35 Exhibit(s) 20, # 36 Exhibit(s) 21, # 37 Exhibit(s) 22, # 38 Exhibit(s) 23, # 39 Exhibit(s) 24, # 40 Exhibit(s) 25, # 41 Exhibit(s) 26, # 42 Exhibit(s) 27, # 43 Exhibit(s) 28, # 44 Exhibit(s) 29, # 45 Exhibit(s) 30, # 46 Exhibit(s) 31, # 47 |

| | | |
|---|---|---|
| | | Exhibit(s) 32, # 48 Exhibit(s) 33, # 49 Exhibit(s) 34, # 50 Exhibit(s) 35, # 51 Exhibit(s) 36, # 52 Exhibit(s) 37, # 53 Exhibit(s) 38, # 54 Exhibit(s) 39, # 55 Exhibit(s) 40, # 56 Exhibit(s) 41, # 57 Exhibit(s) 42, # 58 Exhibit(s) 43, # 59 Exhibit(s) 44, # 60 Exhibit(s) 45)(Rome, Emily) Modified text on 10/27/2008 (akl). (Entered: 10/24/2008) |
| 10/24/2008 | 23 | AFFIDAVIT of RAYMOND S. HAVERSTOCK in OPPOSITION TO 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by U.S. Bank National Association. (Attachments: # 1 Exhibit(s) Index, # 2 Exhibit(s) 1, # 3 Exhibit(s) 2, # 4 Exhibit(s) 3, # 5 Exhibit(s) 4, # 6 Exhibit(s) 5, # 7 Exhibit(s) 6, # 8 Exhibit(s) 7)(Rome, Emily) (Entered: 10/24/2008) |
| 10/24/2008 | 24 | CERTIFICATE OF SERVICE by U.S. Bank National Association re 22 Affidavit in Opposition to Motion, 21 Memorandum in Opposition to Motion, 23 Affidavit in Opposition to Motion. (Rome, Emily) Modified text on 10/27/2008 (akl). (Entered: 10/24/2008) |
| 10/24/2008 | 25 | EXHIBIT re 23 Affidavit in Opposition to Motion, *Amended Index to Exhibits of Raymond Haverstock Affidavit* by U.S. Bank National Association filed by U.S. Bank National Association. (Schaffer, Haley) (Entered: 10/24/2008) |
| 11/05/2008 | 26 | REPLY to Response to 9 MOTION to Dismiss for Lack of Jurisdiction by Alliant Energy Resources, Inc, Alliant Energy Corp. (Keenan, Brian) Modified link and text on 11/6/2008 (akl). (Entered: 11/05/2008) |
| 11/05/2008 | 27 | Declaration of F.J. Buri in Support of 9 MOTION to Dismiss for Lack of Jurisdiction filed by all defendants. (Keenan, Brian) Modified link and text on 11/6/2008 (akl). (Entered: 11/05/2008) |
| 11/05/2008 | 28 | Declaration of Brian P. Keenan in Support of 9 MOTION to Dismiss for Lack of Jurisdiction filed by all defendants. (Attachments: # 1 Exhibit(s) 1# 2 Exhibit(s) 2# 3 Exhibit(s) 3)(Keenan, Brian) Modified link and text on 11/6/2008 (akl). (Entered: 11/05/2008) |
| 11/05/2008 | 29 | LR7.1 WORD COUNT COMPLIANCE CERTIFICATE by all defendants re 26 Reply to Response to Motion filed by all defendants. (Keenan, Brian) Modified link and text on 11/6/2008 (akl). (Entered: 11/05/2008) |
| 11/05/2008 | 30 | CERTIFICATE of Service filed by Alliant Energy Resources, Inc, Alliant Energy Corp re 28 Declaration in Support, 27 Declaration in Support, 29 LR7.1 Word Count Compliance Certificate, 26 Reply to Response to Motion. (Keenan, Brian) Modified text on 11/6/2008 (akl). (Entered: 11/05/2008) |
| 11/12/2008 | 31 | MOTION for Admission Pro Hac Vice for DAVID BERMAN by U.S. Bank National Association. (Rome, Emily) (Entered: 11/12/2008) |
| 11/13/2008 | | TEXT ONLY ENTRY - ORDER granting 31 Motion for Admission Pro Hac Vice of Attorney David Berman for U.S. Bank National Association. Fee paid; receipt number 3-005024. Approved by Clerk Richard D Sletten on 11/13/08. (MMC) (Entered: 11/20/2008) |

| | | |
|---|---|---|
| 11/18/2008 | 32 | AMENDED COMPLAINT against Alliant Energy Resources, Inc, Alliant Energy Corp, filed by U.S. Bank National Association. (Attachments: # 1 Certificate of Service) (Rome, Emily) (Entered: 11/18/2008) |
| 11/21/2008 | 33 | Minute Entry for proceedings held before Chief Judge Michael J. Davis: Motion Hearing held on 11/21/2008 re 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by Alliant Energy Resources, Inc, Alliant Energy Corp. Motion was moved, argued and taken under advisement. (Court Reporter Lori Simpson) (kmw) (Entered: 11/21/2008) |
| 11/24/2008 | 34 | AFFIDAVIT of Haley N. Schaffer in OPPOSITION TO 9 MOTION to Dismiss *For Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, Motion to Transfer Venue* filed by U.S. Bank National Association. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2 Part 1, # 3 Exhibit(s) 2 Part 2, # 4 Exhibit(s) 2 Part 3, # 5 Exhibit(s) 2 Part 4, # 6 Exhibit(s) 3 Part 1, # 7 Exhibit(s) 3 Part 2, # 8 Exhibit(s) 4, # 9 Exhibit(s) 5 Part 1, # 10 Exhibit(s) 5 Part 2, # 11 Exhibit(s) 5 Part 3, # 12 Exhibit(s) 5 Part 4, # 13 Exhibit(s) 6 Part 1, # 14 Exhibit(s) 6 Part 2, # 15 Exhibit(s) 6 Part 3, # 16 Exhibit(s) 6 Part 4, # 17 Exhibit(s) 7, # 18 Certificate of Service) (Schaffer, Haley) (Entered: 11/24/2008) |
| 11/25/2008 | 35 | EXHIBIT re 34 Affidavit in Opposition to Motion,, *Amended Exhibit 1* by U.S. Bank National Association filed by U.S. Bank National Association. (Attachments: # 1 Certificate of Service)(Schaffer, Haley) (Entered: 11/25/2008) |
| 11/25/2008 | 36 | LETTER TO DISTRICT JUDGE by Alliant Energy Resources, Inc, Alliant Energy Corp *Re: Motion to Dismiss per Court's 11-21-08 permission.* (Attachments: # 1 Certificate of Service)(Halfenger, G) (Entered: 11/25/2008) |
| 01/20/2009 | 37 | ORDER GRANTING 9 Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, Motion to Transfer Venue. Signed by Chief Judge Michael J. Davis on 1/19/09. (GRR) (Entered: 01/20/2009) |