# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| U.S. Bank National Association, etc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09-CV-78 |
| | ) | |
| vs. | ) | |
| | ) | |
| Alliant Energy Resources, Inc., et al., | ) | |
| | ) | **DEFENDANTS' RULE 7.1(b)** |
| Defendants. | ) | **SUPPLEMENTAL DISCLOSURE** |
| | ) | **STATEMENT** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, the

defendants supplement the disclosure statement that they filed on September 30, 2008 as

follows:

As to defendant Alliant Energy Corporation, no change.

Effective November 25, 2008, defendant Alliant Energy Resources, Inc.

was converted into a Wisconsin limited liability company known as Alliant Energy

Resources, LLC, pursuant to a plan of conversion authorized by Wisconsin law and with

the effects set forth in Wis. Stats. §§ 180.1161 and 183.1207.  Under those provisions,

among other effects, this action continued against Alliant Energy Resources, LLC as the

successor defendant after the conversion.  The sole member of Alliant Energy Resources,

LLC is defendant Alliant Energy Corporation.

Dated:  February 13, 2009

/s/Thomas L. Shriner, Jr.
Thomas L. Shriner, Jr.
G. Michael Halfenger
Brian P. Keenan
Attorneys for the Defendants
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
414.271.2400
414.297.4900 (facsimile)
tshriner@foley.com
mhalfenger@foley.com
bkeenan@foley.com

MILW_8272342.1