UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. BANK NATIONAL ASSOCIATION,
in its capacity as Indenture Trustee and not in
its Individual Capacity,

          Plaintiff,

v.

ALLIANT ENERGY RESOURCES, INC, a
Wisconsin Corporation, and ALLIANT
ENERGY CORP., a Wisconsin Corporation,

          Defendants.

Case No. 3:09-CV-00078-BBC

ORDER PERMITTING ISSUANCE OF LETTER OF REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)
TO OBTAIN DOCUMENTARY AND TESTIMONIAL EVIDENCE

The Court, having considered Plaintiff's Motion for Issuance of Letter of Request (Letters Rogatory), the Letter of Request to Obtain Documentary and Testimonial Evidence from Mr. Robert Hamilton and Mr. Carl Blanchard, being employees of First NZ Capital Limited, the supporting papers submitted therewith, and good cause appearing therefore, hereby finds:

1.     The documents and testimonial evidence to be obtained from Mr. Robert Hamilton and Mr. Carl Blanchard as employees and on behalf of First NZ Capital Limited are relevant and material to issues presented in the above-captioned case.

2.     Mr. Robert Hamilton, Mr. Carl Blanchard and First NZ Capital Limited are located in New Zealand.

ACCORDINGLY, IT IS HEREBY ORDERED that the Letter of Request may be issued to the High Court of New Zealand.

DATED:

_SEPT. 2, 2009_

_____
Stephen L. Crocker
United States Magistrate Judge
United States District Court for the
Western District of Wisconsin
Madison, Wisconsin
United States of America